**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent/Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:03-CR-078-N (10)** |
| | ) | **No. 3:06-CV-1112-N (BH)** |
| **JOHN EARL THOMAS,** | ) | **ECF** |
| **ID # 29807-177** | ) | |
| **Movant/Defendant.** | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclu-

sions, and Recommendation of the United States Magistrate Judge and any objections thereto, in

accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings

and Conclusions of the Court.

**SIGNED August 6, 2008.**


_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**